O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGELA GILMORE, et al, | No. CV 18-08603-ODW (KSx) |
| Plaintiffs, | **ORDER STAYING THE CASE DUE TO THE LAPSE OF APPROPRIATIONS** |
| v. | |
| UNITED STATES OF AMERICA, et al | Honorable Otis D. Wright II, United States District Judge |
| Defendants. | |

The Court, having considered Defendant's *ex parte* application for a stay of the entire case due to the lapse of appropriations to the Department of Justice ("Department"), hereby GRANTS Defendant's request. Accordingly, this action is stayed until funding for the Department is restored.

**IT IS SO ORDERED.**

December 27, 2018

_____
 **OTIS D. WRIGHT, II**
 **UNITED STATES DISTRICT JUDGE**